UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 24-cr-00220** |
| | : | |
| v. | : | |
| | : | |
| **CHRISTINA CHAPMAN,** | : | |
| | : | |
| **JOHN DOE 1, alias JIHO HAN,** | : | |
| | : | |
| **JOHN DOE 2, alias HAORAN XU,** | : | |
| | : | |
| **JOHN DOE 3, alias CHUNJI JIN,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | |
| | : | |

## GOVERNMENT'S NOTICE TO UNSEAL INDICTMENT AND ARREST WARRANT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully files this Notice to unseal the above-captioned matter.

On May 8, 2024, the Court ordered "that upon the Government filing a Notice to Unseal, the Clerk of Court shall immediately unseal this action." The Government hereby represents that the operational security concerns underlying the Government's motion to seal this matter have been mitigated, and therefore files this Notice to unseal the case. The Government respectfully requests that the Clerk of Court to unseal this action forthwith.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By     /s/ Karen Seifert
Karen P. W. Seifert
Assistant United States Attorney
N.Y. Bar Number 4742342
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7527
Email: karen.seifert@usdoj.gov