UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 24-CR-220 |
| v. | : | |
| | : | |
| **CHRISTINA CHAPMAN,** | : | |
| | : | |
| **JOHN DOE 1, alias JIHO HAN** | : | |
| | : | |
| **JOHN DOE 2, alias HAORAN XU,** | : | |
| | : | |
| **JOHN DOE 3, alias CHUNJI JIN,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE AS CO-COUNSEL

The United States of America hereby informs the Court that Trial Attorney Ashley Pungello is entering her appearance in the above-captioned matter as co-counsel for the United States of America.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     */s/ Ashley Pungello*
Ashley R. Pungello, D.C. Bar No. 1735733
Trial Attorney
Computer Crime & Intellectual Property Section
Criminal Division | U.S. Department of Justice
1301 New York Avenue N.W.
Washington, D.C. 20530
Ashley.Pungello@usdoj.gov | (202) 514-2842

.