# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTINA CHAPMAN,<br><br>    Defendant. | 24-cr-220-RDM |

### DEFENDANT CHRISTINA CHAPMAN'S UNOPPOSED MOTION TO APPEAR BY VIDEOCONFERENCE AT THE JANUARY 6, 2025 STATUS CONFERENCE

Defendant Christina Chapman, by and through undersigned counsel, respectfully requests that the Court permit Ms. Chapman and counsel for both parties to appear by videoconference at the status conference scheduled for January 6, 2025, at 3:00 p.m. Ms. Chapman lives in Arizona. It would cause Ms. Chapman substantial hardship to attend the hearing in person. Ms. Chapman has attended all prior hearings remotely. Ms. Chapman understands that she has a constitutional and/or statutory right to attend the January 6, 2025 status conference in person, and she waives that right.

The government has no objection to proceeding in this fashion. Counsel further requests that the attorneys be permitted to be present via video. Due to inclement weather, D.C. public schools have elected to close tomorrow creating a childcare issue.

For the foregoing reasons, and for good cause shown, Defendant Christina Chapman respectfully requests that the Court grant this motion for appearance by videoconference at the January 6, 2025 status conference.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
ALEXIS GARDNER
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004