UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | | 24-CR-220 (RDM) |
| | : | |
| **CHRISTINA CHAPMAN** | : | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

Ms. Chapman, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing scheduled for June 16, 2025. Ms. Chapman is in an outpatient mental health treatment program and graduation is scheduled for July 1, 2025. It is crucial for Ms. Chapman's rehabilitation that she complete this program and will not be able to if we go forward on the current scheduled sentencing date. The government has no objection to continuing this matter for 15 days.

WHERFORE, for the foregoing reasons, Ms. Chapman respectfully requests that the Court continue the sentencing scheduled for June 16, 2025, to the afternoon of July 2nd or 3rd or after July 15th.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/ Alexis Gardner
Alexis Morgan Gardner
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500