# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 24-cr-220 |
| | : | |
| CHRISTINA CHAPMAN, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO CONTINUE GOVERNMENT'S
## SENTENCING MEMORANDUM DEADLINE

The United States of America, through undersigned counsel, hereby respectfully move the Court to continue the government's sentencing memorandum deadline from June 9, 2025, to July 9, 2025.

On May 5, 2025, the defendant submitted a motion to continue sentencing to accommodate the defendant's completion of an outpatient mental health treatment program. On May 7, 2025, the Court granted the defendant's motion and continued the sentencing hearing from June 16, 2025, to July 16, 2025. The government requests the deadline for the government's sentencing memorandum be continued to reflect the new sentencing hearing date. Additional time will also allow the government to review to the Presentence Investigation Report, which has not yet been received.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

_____/s/_____
Ashley Pungello, D.C. Bar No. 1735733
Trial Attorney
Computer Crime & Intellectual Property Section
Criminal Division | U.S. Department of Justice
1301 New York Avenue N.W.
Washington, D.C. 20530

(202) 514-2842

Karen P.W. Seifert, N.Y. Bar No. 4742342
Assistant United States Attorney
National Security Section
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7527