## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | 24-CR-220 (RDM) |
| | : |
| CHRISTINA CHAPMAN | : |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

Ms. Chapman, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing scheduled for July 16, 2025 to July 24 or July 25 after 12pm. Counsel will be on leave and out of the District. The government has no objection to continuing this matter for 10 days.

WHERFORE, for the foregoing reasons, Ms. Chapman respectfully requests that the Court continue the sentencing scheduled for July 16, 2025, to the afternoon of July 25 or anytime July 24th.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/ Alexis Gardner
Alexis Morgan Gardner
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500