**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Criminal No. 24-cr-220 (RDM)** |
| | : | |
| CHRISTINA CHAPMAN, | : | |
| | : | |
| Defendant. | : | |

**[PROPOSED CONSENT] ORDER OF FORFEITURE**

*WHEREAS*, a written plea agreement was filed with this Court and signed by defendant

CHRISTINA CHAPMAN ("CHAPMAN"), and her counsel, Alexis Gardner, Esquire, in which

defendant CHAPMAN agreed to plead guilty to Counts Two, Four, and Six of the Indictment

charging the offenses of with Conspiracy to Commit Wire Fraud, Aggravated Identity Theft, and

Conspiracy to Launder Monetary Instruments, in violation of Title 18, United States Code, Sections

1343, 1349, 1028A(a)(1), and 1956(a)(1)(B)(i) & (h), and defendant has pled guilty to those

offenses;

*WHEREAS*, the Indictment alleged the forfeiture of property, pursuant to Title 18, United

States Code, Sections 982(a)(1) and 981(a)(1)(C) which includes an amount totaling $284,666.92,

which specifically consists of:

*Funds in CHAPMAN's accounts, as follows*:

| Sub-¶ | Financial Institution | Identifier | Amount |
|---|---|---|---|
| 1 | USFI-2 | Act. No. *6710 | $9,767.08 |
| 2 | USFI-1 | Act. No. *0368 | $2,117.47 |

*Wages and monies accrued by overseas IT workers, as follows:*

| Sub-¶ | Seized From | Identity Used | Identifier | Amount |
|---|---|---|---|---|
| 1 | Company 32 | "James B." | Technical Consultant - PO-0005486 | $6,400.00 |
| 2 | Company 50 | "WeiChong C." | SSN *8146 | $9,007.73 |
| 3 | Company 29 | "Jade H." | SSN *6658 | $1,292.12 |
| 4 | Company 36 | "Lee Y." | SSN *2245 | $3,553.34 |
| 5 | Company 10 | "Asolelei T." | SSN *8216 | $6,889.60 |
| 6 | Staffing Company 11 | "Charles C." | SSN *2658 | $5,115.38 |
| 7 | Company 1 | "Daniel B." | SSN *9074 | $23,569.37 |
| 8 | Company 10 | "Asolelei T." | SSN *8216 | $4,904.55 |
| 9 | Company 46 | "Ryan F." | SSN *7992 | $5,970.61 |
| 10 | Company 53 | "Matthew R." | SSN *7198 | $7,198.52 |
| 11 | MST-1 | Jiho Man | Membership No. *7044 | $6,072.47 |
| 12 | Company 28 | "Irving B." | SSN *3338 | $2,124.71 |
| 13 | Company 14 | "Cody W." | SSN *2295 | $1,825.99 |
| 14 | Payroll Company 1/ Company 48 | "Scott L." | SSN *5106 | $9,473.63 |
| 15 | Staffing Company 11 | "Charles C." | SSN *2658 | $7,235.70 |
| 16 | Staffing Company 23 | "Frank A." | SSN *0908 | $16,155.15 |
| 17 | Staffing Company 24 | "James B." | SSN *9838 | $3,541.20 |
| 18 | Staffing Company 25 | "Dong C." | SSN *3852 | $8,907.16 |
| 19 | Staffing Company 26 | "Dong C." | SSN *3852 | $6,956.00 |
| 20 | MST-3 | Wei Liu | AH ID 51679820 GLPS Account *367 | $135,680.05 |
| 21 | MST-3 | Wei Liu | AH ID 51679820 GLPS Account *646 | $909.09 |

**WHEREAS**, the Indictment further alleged that the United States will seek a forfeiture money judgment against the defendant and in favor of the United States. The United States seeks

a money judgment in the amount of $176,850;

*WHEREAS*, in her plea agreement, the defendant agreed to a forfeiture money judgement in an amount ordered by the Court;

*WHEREAS*, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement that any property, real or personal, which constitutes or is derived from proceeds traceable to the violations alleged in Counts Two, Four, and Six, to which the defendant is pleading guilty is subject to forfeiture;

**WHEREAS**, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that entry of a forfeiture money judgment against the defendant and in favor of the United States in the amount of $176,850 is appropriate, insofar as this property is subject to forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2) and 981(a)(1)(C);

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, the defendant has admitted that the proceeds she personally obtained, other than the specific property set forth above, have been dissipated by her and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1.      That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2) and 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation alleged in Count One, to which the defendant has pled guilty.

2.      The following is subject to forfeiture, which amounts to $284,666.92:

   a.  Funds in CHAPMAN's accounts, as follows:

| Sub-¶ | Financial Institution | Identifier | Amount |
|---|---|---|---|
| 1 | USFI-2 | Act. No. *6710 | $9,767.08 |
| 2 | USFI-1 | Act. No. *0368 | $2,117.47 |

   b.  Wages and monies accrued by overseas IT workers, as follows:

| Sub-¶ | Seized From | Identity Used | Identifier | Amount |
|---|---|---|---|---|
| 1 | Company 32 | "James B." | Technical Consultant - PO-0005486 | $6,400.00 |
| 2 | Company 50 | "WeiChong C." | SSN *8146 | $9,007.73 |
| 3 | Company 29 | "Jade H." | SSN *6658 | $1,292.12 |
| 4 | Company 36 | "Lee Y." | SSN *2245 | $3,553.34 |
| 5 | Company 10 | "Asolelei T." | SSN *8216 | $6,889.60 |
| 6 | Staffing Company 11 | "Charles C." | SSN *2658 | $5,115.38 |
| 7 | Company 1 | "Daniel B." | SSN *9074 | $23,569.37 |
| 8 | Company 10 | "Asolelei T." | SSN *8216 | $4,904.55 |
| 9 | Company 46 | "Ryan F." | SSN *7992 | $5,970.61 |
| 10 | Company 53 | "Matthew R." | SSN *7198 | $7,198.52 |
| 11 | MST-1 | Jiho Man | Membership No. *7044 | $6,072.47 |
| 12 | Company 28 | "Irving B." | SSN *3338 | $2,124.71 |

| 13 | Company 14 | "Cody W." | SSN *2295 | $1,825.99 |
|---|---|---|---|---|
| 14 | Payroll Company 1/ Company 48 | "Scott L." | SSN *5106 | $9,473.63 |
| 15 | Staffing Company 11 | "Charles C." | SSN *2658 | $7,235.70 |
| 16 | Staffing Company 23 | "Frank A." | SSN *0908 | $16,155.15 |
| 17 | Staffing Company 24 | "James B." | SSN *9838 | $3,541.20 |
| 18 | Staffing Company 25 | "Dong C." | SSN *3852 | $8,907.16 |
| 19 | Staffing Company 26 | "Dong C." | SSN *3852 | $6,956.00 |
| 20 | MST-3 | Wei Liu | AH ID 51679820 GLPS Account *367 | $135,680.05 |
| 21 | MST-3 | Wei Liu | AH ID 51679820 GLPS Account *646 | $909.09 |

3.      A forfeiture money judgment in the amount of $176,850 is entered against the defendant and in favor of the United States.

4.      The Court finds that the proceeds that defendant personally obtained, as a result of the offense to which she has pled guilty, other than those identified in Paragraph 2(a) above have been dissipated by her and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

5.      The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

6.      That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

7.     The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

8.     The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _____ day of _____, 2025.

_____
RANDOLPH M. MOSS
UNITED STATES DISTRICT JUDGE