UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CHRISTINA CHAPMAN,

Defendant.

Crim. Action No. 24-220 (RDM)

## ORDER

Defendant Christina Chapman previously moved for payment of travel expenses pursuant to 18 U.S.C. § 4285, Dkt. 26, and this Court granted that motion, Dkt. 28. Defendant then moved to continue the sentencing from July 16, 2025 to July 24, 2025, which the Court granted. See Min. Entry June 16, 2026. Defendant, however, has not again moved for payment of travel expenses for the new sentencing date. To ensure Defendant's ability to appear at the sentencing set for July 24, 2025, as required by Court order, the Court enters this renewed order directing the United States Marshal Service to cover Defendant's travel expenses for the July 24, 2025 sentencing.

Accordingly, pursuant to 18 U.S.C. § 4285, the Court finds that Defendant is unable to afford the necessary transportation to appear for the upcoming July 24, 2025 hearing and that it would serve the interests of justice to grant her request for financial assistance to attend the hearing. The Court therefore directs the United States Marshal to arrange and to furnish the fare for Defendant's transportation from Phoenix, Arizona to the District of Columbia to attend the sentencing. The Court notes that this order only applies to Defendant's travel to the hearing, not her return travel. Section 4285 does not authorize the Court to direct the Marshal to pay for a defendant's return travel home. The Court also notes that payment for an overnight hotel is not permitted under the statute.

IT IS SO ORDERED this 18th day of July, 2025.

_____
THE HONORABLE RANDOLPH D. MOSS
UNITED STATES DISTRICT COURT JUDGE