Dear Judge Moss,

This has taken me the longest time to write, having never been through anything like this before. I have had a difficult time finding the right words.  I still think that I have failed in that endeavor.

when I got this job, I was looking for a job that was Monday through Friday that would allow me to be present for my mom on the weekends at her property where I lived.  2020 was her first marked decline in her physical health due to her cancer battle.  I wanted to know that I could be there for her in case of a dizzy spell, or exhaustion or any other issue that might arise.  The area where we lived didn't provide for a lot of job opportunities that fit what I needed. I also thought that the job was allowing me to help others.

To the people who were harmed, I send my sincerest apologies.  I am not someone who seeks to harm anyone, so knowing that I was a part of a company that set out to harm people is devastating to me.   I dealt with identity theft myself and it took me 17 years to recover from the damage it caused me.  Knowing that I had a part in causing that kind of stress and suffering for others makes me feel deeply ashamed.   My deepest and sincerest apologies to any person who was harmed by my actions.

While I am inside, I want to use any therapy or counseling that is available. Throughout the time since I have been a part of IOP programs, I have grown to understand that I have an addictive personality, low self-esteem, codependency issues and I am prone to be easily manipulated by others.   I have almost a panic attack like reaction when I have to say no to someone's request.  I want to work through all the physical and sexual violence trauma I have experienced in my life so I can fix those behavior issues that I have.  I no longer want to be someone who identifies as a people pleaser, who is naive and can be manipulated so easily as I have in the past.

After release, I'm still not unsure about what I am going to do.  I don't know where I will be in regards to physical, mental or emotional health.  I know while I am inside, I will pursue any educational opportunities that are available to me as well as any therapy and counseling.  After living within the Substance Use Recovery community, I would definitely like to do something within this community.  I might possibly look into peer support or BHT opportunities. I want to help others with addictive personalities.

In addition to that, I would like to continue to pursue the books that I have been working on writing and starting my own underwear company. Beyond that, I am not sure at the moment.  One of the things that I have learned since being diagnosed with ADHD in 2020 is that my interests change often and can cycle pretty quickly.

I wanted to thank Judge Moss for allowing me to continue that ACT therapy IOP program that I was in.  This program has helped me make a few important realizations about where my negative behaviors originate as well as learning some tools that have been helpful in helping me step back at times from those behaviors.  I am still do everything that I can to learn from the information.

I would also like to thank the FBI.  I had been trying to get away from the guys that I was working with for awhile and I wasn't really sure how to do it.  I was tired of feeling pushed into a corner by them.

While this wasn't the ideal way to get away from them, it did indeed get me away from them and I am thankful.

I still don't feel like I have said even a quarter of what I want to say or even expressed myself how I wanted. I feel terribly inarticulate. I just want people to know what I do truly feel horrible about anyone that was harmed and I apologize sincerely.

Sincerely,

Christina Chapman